# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY WAYNE RILEY, | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-14-0962-F |
| MICHAEL ADDISON, Warden, | ) |
| Respondent. | ) |

## ORDER

Petitioner, a state prisoner appearing *pro se* whose pleadings are liberally construed, brings this action seeking habeas relief under 28 U.S.C. § 2254.

Magistrate Judge Gary M. Purcell entered a Report and Recommendation in this matter on September 30, 2014 (the Report), recommending the petition be dismissed upon filing for lack of jurisdiction as an unauthorized successive petition that is untimely. Doc. no. 7. Petitioner filed an objection to the Report. Doc. no. 8. The court reviews all objected to issues *de novo*.

After *de novo* review, and having considered defendant's objection, the court concurs with the magistrate judge's determinations and concludes that it would not be useful to cite any additional arguments or authorities here. Accordingly, the Report and Recommendation is **ACCEPTED, ADOPTED** and **AFFIRMED** in its entirety. This action is **DISMISSED** for lack of jurisdiction as an unauthorized successive petition that is untimely. A certificate of appealability is **DENIED**.

Dated this 27th day of October, 2014.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0962p002.wpd